UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HENRY T. DILLS,
RAY A. CASANO,

        Plaintiffs,

-vs-                                    Case No. 6:06-cv-139-Orl-18DAB

JOHN L. WALTER,
BARBARA L. WALTER,
SALLIANN WALTER,

        Defendants.

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED** and this case be **DISMISSED** for failure to prosecute and failure to timely serve the defendants.

It is **SO ORDERED** in Orlando, Florida, this ___ day of October, 2006.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Pro se plaintiffs
Counsel of Record